**BUCHALTER**
A Professional Corporation
GARY A. WOLENSKY (Bar No.: 154041)
*gwolensky@buchalter.com*
MICHAEL A. PRECIADO (Bar No.: 295183)
*mpreciado@buchalter.com*
BREE OSWALD (Bar No.: 314614)
*boswald@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182

Attorneys for Defendant TESLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE P. SARE, Personal Representative of the ESTATE OF GARY PETE MARCHI,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. a Delaware Corporation, dba TESLA MOTORS, INC. and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00547-JAM-CKD<br>Assigned to: Honorable John A. Mendez<br><br>**STIPULATION FOR LEAVE TO EXTEND TIME TO FILE A JOINT STATUS REPORT** |

The Court's Joint Status Report states that within sixty days of the date of removal, "the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan." Defendant Tesla, Inc. ("Tesla") filed its Notice of Removal on March 24, 2022, and the deadline to submit a joint status report is currently May 23, 2022. However, the hearing on Plaintiff's Motion to Remand is June 7, 2022. That being so, the parties respectfully request leave to submit the Joint Status Report no later than July 1, 2022, after the Court rules on Plaintiff's Motion to Remand.

/ / /

DATED:  May 5, 2022                                    BUCHALTER

A Professional Corporation

By:   */s/ Michael A. Preciado*
GARY A. WOLENSKY
MICHAEL A. PRECIADO
BREE OSWALD
Attorneys for Defendant
TESLA, INC.

DATED: May 5, 2022          MLG, APLC

By:   */s/ Matthew Van Fleet*
JONATHAN A. MICHAELS
MATTHEW VAN FLEET
Attorneys for Plaintiff
NATALIE P. SARE, Personal Representative of the Estate of Gary Pete Marchi

**PURSUANT TO STIPULATION, THE NEW SCHEDULE IS ADOPTED. IT IS SO ORDERED:**

DATED: May 5, 2022         /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE