# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE P. SARE, Personal Representative of the ESTATE OF GARY PETE MARCHI,<br><br>  Plaintiff,<br>  vs.<br><br>TESLA, INC. a Delaware Corporation, dba TESLA MOTORS, INC. and DOES 1 to 25, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00547-JAM-CKD<br><br>Assigned to: Hon. John. A. Mendez<br><br>**ORDER**<br>*[Filed Concurrently with Joint Stipulation Requesting the Court to Allow An Amended Complaint]*<br><br>Complaint file:  February 14, 2022<br>Removal date:   March 24, 2022<br>Trial date:        February 26, 2024 |

1

**ORDER**

COME HERE NOW, the Court, having considered the Parties' Request to Allow an Amended Complaint based on the records before the Court, rules as follows:

**IT IS HEREBY ORDERED** that a stipulation requesting the Court to allow an amended complaint is GRANTED and the Court allows the amended Complaint, attached hereto as **Exhibit "A"** to the Parties' Stipulation to be filed and supersede the original Complaint.

**IT IS SO ORDERED**.

DATED: October 13, 2022        /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE