Jonathan A. Michaels, Esq. — CA State Bar No. 180455
(jmichaels@defectattorney.corn)
Matthew Van Fleet, Esq. — CA State Bar No. 227338
(mvanfleet@defectattorney.com)
Kseniya Stupak, Esq. — CA State Bar No. 309783
(kstupak@defectattorney.corn)
**MLG, APLC**
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
T. (949) 581-6900
F. (949) 581-6908

Attorneys for Plaintiff,
Natalie P. Sare, Personal Representative
of the Estate of Gary Pete Marchi

**DYKEMA GOSSETT LLP**
DMITRIY KOPELEVICH, State Bar No. 282714
  DKopelevich@dykema.com
444 South Flower Street, 22nd Floor
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant, TESLA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATALE P. SARE, Personal Representative of the ESTATE OF GARY PETE MARCHI,<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA, INC. a Delaware Corporation, dba TESLA MOTORS, INC. and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00547-JAM-CKD<br>Assigned to The Hon. John A. Mendez<br>Courtroom 6<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

---

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Natale P. Sare, and the Defendant TESLA, INC., by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, agree, and give notice that this action and all claims asserted in this action by the Plaintiff are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED:  May 26, 2023             MLG, APLC

                                 By: _____/s/ Matthew Van Fleet_____
                                     JONATHAN A. MICHAELS
                                     MATTHEW VAN FLEET
                                     KSENIYA STUPAK
                                     Attorneys for Plaintiff, Natalie P. Sare,
                                     Personal Representative

DATED:  May 26, 2023             DYKEMA GOSSETT LLP

                                 By: _____/s/ Dmitriy Kopelevich_____
                                     DMITRIY KOPELEVICH
                                     Attorneys for Defendant, TESLA, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE P. SARE, Personal Representative of the ESTATE OF GARY PETE MARCHI,<br><br>　　　　Plaintiff,<br>　vs.<br><br>TESLA, INC. a Delaware Corporation, dba TESLA MOTORS, INC. and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00547-JAM-CKD<br><br>Assigned to: The Hon. John. A. Mendez<br>Courtroom 6<br><br>**ORDER APPROVING STIPULATION**<br>*[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]*<br><br>Complaint file:　February 14, 2022<br>Removal date:　March 24, 2022<br>Trial date:　　　February 26, 2024 |

Case 2:22-cv-00547-JAM-CKD   Document 36   Filed 05/30/23   Page 4 of 4

**COME HERE NOW**, the Court, having considered the Parties' Request to hereby stipulate, agree, and give notice that this action and all claims asserted in this action by the Plaintiff are hereby dismissed with prejudice based on the records before the Court, rules as follows:

**IT IS HEREBY ORDERED** that a stipulation requesting the Court to allow Plaintiff, NATALIE P. SARE, and the Defendant TESLA, INC., by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, agree, and give notice that this action and all claims asserted in this action by the Plaintiff are hereby **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: May 30, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE